IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1786C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

<u>NOTICE OF APPEARANCE</u>

To the Clerk:

Please enter the appearance of Thomas B. Fatouros as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

THOMAS B. FATOUROS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: February 11, 2005

s/Thomas B. Fatouros

THOMAS B. FATOUROS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele:(202) 307-5958
Fax: (202) 305-2118