# In the United States Court of Federal Claims

## NOTICE

**RENDA MARINE, INC.**

**No. 04-1786 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., February 22, 2005**

To Attorney of Record, Assistant Attorney General, and Judge Bruggink:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed February 17, 2005, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk