IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1786C |
| | ) | (Senior Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court ("RCFC"), defendant respectfully requests a 30-day enlargement of time, up to and including June 22, 2005, within which to file the joint preliminary statues report ("JPSR") in this matter. The JPSR currently is due on May 23, 2005. This is defendant's first request for an enlargement of time for this purpose. Government counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose this motion.

This request is necessitated by the fact that Government counsel has recently returned from paternity leave and the parties have been unable to conduct the early meeting of counsel as required by RCFC Appendix A. Accordingly, the parties need additional time to prepare the JPSR.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time, to and including June 22, 2005, within which to file the JPSR in this matter

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker by Todd M. Hughes
KATHRYN A. BLEECKER
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-5958
Fax: (202) 514-7965

May 23, 2005

Attorneys for Defendant