IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1786C |
| | ) | (Senior Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to the Rules of the United States Court of Federal Claims ("RCFC"), Appendix A, the parties submit this Joint Preliminary Status Report.

a. Does the Court have jurisdiction over the action?

Plaintiff believes that the Court possesses jurisdiction to entertain this suit pursuant to the Contract Disputes Act, 41 U.S.C. § 601 et seq. ("CDA"), and 28 U.S.C. § 1491(a)(1). Defendant is currently unaware of any impediment to the Court's jurisdiction.

b. Should the case be consolidated with any other case and the reasons therefor?

The case should not be consolidated with any other case. There are no related cases.

c. Should the trial of liability and damages be bifurcated and the reasons therefor?

The trial of liability and damages should not be bifurcated.

d. Should further proceedings in this case be deferred pending consideration of another case before this Court or any other tribunal and the reasons therefor?

The parties agree that it is not necessary to defer proceedings of this case pending the disposition of any other case.

e. Will a remand or suspension be sought and the reasons therefor and the proposed duration?

A remand or suspension will not be sought.

f. Will additional parties be joined?

Additional parties will not be joined.

g. Does either party intend to file a motion pursuant to RCFC 12(b), 12(c), or 56 and, if so, what is a proposed schedule for the intended filing?

The parties may file dispositive motions in this case. A proposed schedule for the filing of dispositive motions is included in the parties' Discovery Plan included herein.

h. What are the relevant factual and legal issues?

Whether plaintiff is entitled to a remission of liquidated damages and an equitable adjustment of the contract price and time due to differing site conditions, extra work, and a variation in quantity.

i. What is the likelihood of settlement? Is alternative dispute resolution contemplated?

The parties have conferred concerning both of these topics and have agreed to make reasonable efforts to settle the matter at an early juncture. If that effort is not successful, the parties agree to discuss the possibility of utilizing the procedures for alternative dispute resolution set forth in Appendix H of the RCFC.

j. Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling? What is the requested place of trial?

The parties anticipate proceeding to trial, do not request an expedited trial scheduling, and request that a trial of this action take place in Houston, Texas.

k. Are there special issues regarding electronic case management needs?

There are no special issues regarding electronic case management needs.

l. Is there other information of which the Court should be aware at this time?

There is no other information of which the Court should be aware at this time.

Discovery Plan:

1. The parties propose July 29, 2005, as the deadline to exchange initial disclosures;

2. The parties propose March 20, 2006, as the deadline for fact discovery;

3. The parties propose April 24, 2006, as the deadline for the disclosure of expert reports;

4. The parties propose that all discovery will be completed on or before May 22, 2006.

5. The parties propose that dispositive motions, if any, shall be filed no later than June 26, 2006;

6. The parties believe that a pre-trial conference may be scheduled in June, 2006;

The parties believe this discovery plan will allow sufficient time to conduct orderly discovery and to explore settlement negotiations and/or alternative dispute resolution if appropriate.

Respectfully submitted,

For Plaintiff:

s/Brian W. Erikson
BRIAN W. ERIKSON
ANDREW M. TRUSEVICH
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryant Street, Suite 1800
Dallas, Texas 75201
Tel: (214) 871-2100
Fax: (214) 871-2111
Attorneys for Plaintiff

For Defendant:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director
s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director
s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-5958
Fax: (202) 305-2118

OF COUNSEL:

ALEX PETTY
U.S. Army Corps of Engineers
Galveston District
Attorneys for Defendant

June 22, 2005