# In the United States Court of Federal Claims

No. 04-1786C
(Filed: July 27, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The court held a telephonic status conference today. The proceedings were on the record. The court adopts the schedule proposed in the parties' Joint Preliminary Status Report, and amended as requested during today's status conference, as follows:

1. On or before **August 5, 2005**, the parties shall exchange initial disclosures.

2. On or before **March 20, 2006**, the parties shall complete fact discovery.

3. On or before **April 24, 2006**, the parties shall disclose their expert reports.

4. On or before **May 22, 2006**, the parties shall complete discovery.

5. The parties shall file dispositive motions, if any, no later than **June 26, 2006**.

6. A pre-trial conference shall be scheduled in **June 2006.**

The court will schedule a status conference around the close of fact discovery.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
*Judge*