UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC.,<br>PLAINTIFF, | §<br>§ | |
| | § | CASE NO. 04-1786C |
| V. | § | |
| | § | (SENIOR JUDGE BRUGGINK) |
| UNITED STATES OF AMERICA,<br>DEFENDANT. | §<br>§ | |

**RENDA MARINE, INC.'S MOTION FOR LEAVE TO DESIGNATE NEW ATTORNEY IN CHARGE**

Pursuant to RCFC 83.1(c)(4), Plaintiff, Renda Marine, Inc. ("Renda"), respectfully moves this Court for leave to designate Terry L. Salazar as its new Attorney In Charge. In support of this motion, Renda Marine, Inc. attaches an Affidavit of Appointment signed by Brian W. Erikson, its former attorney in charge.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

BY: s/TERRY L. SALAZAR
Terry L. Salazar, Attorney in Charge
State Bar No. 17527500

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

ATTORNEY FOR PLAINTIFF,
RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of October, 2005, a true and correct copy of Plaintiff's Motion for Leave of Court to Designate Attorney in Charge was served electronically through the CM/ECF system for the Court of Federal Claims.

s/Brian W. Erikson
Brian W. Erikson

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| PLAINTIFF, | § | |
| | § | CASE NO. 04-1786C |
| V. | § | |
| | § | (SENIOR JUDGE BRUGGINK) |
| UNITED STATES OF AMERICA, | § | |
| DEFENDANT. | § | |

**AFFIDAVIT OF APPOINTMENT OF NEW ATTORNEY IN CHARGE**

BEFORE ME, the undersigned authority, on this day personally appeared Brian W. Erikson, known to me to be the person whose name is subscribed hereto, who, after being by me first duly sworn, deposed on his oath as follows:

1. "My name is Brian W. Erikson. I am over the age of 21 years and I am competent to make this affidavit. The statements which follow are based on my personal knowledge and are true and correct.

2. "I was previously listed as the attorney in charge for Renda Marine, Inc. in this suit.

3. "I hereby withdraw as attorney in charge and appoint Terry L. Salazar, of Quilling, Selander, Cummiskey & Lownds, P.C., as Renda Marine, Inc.'s attorney in charge for this proceeding."

Further affiant sayeth not.

Brian W. Erikson

STATE OF TEXAS §
COUNTY OF DALLAS §

Subscribed and sworn to before me by Brian W. Erikson on the 24th day of October, 2005.

CHERYL MOSELEY
Notary Public, State of Texas
My Commission Expires
August 31, 2008

Notary Public, State of Texas