IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND FOR A MODIFICATION OF THE PRETRIAL SCHEDULE

Defendant, the United States, respectfully requests an enlargement of time of 39 days, to and including April 21, 2006, within which to respond to the "First Set of Interrogatories by Plaintiff, Renda Marine, Inc. to Defendant, United States of America" and the "First Request for Production of Documents by Plaintiff, Renda Marine, Inc. to Defendant, United States of America." This is the Government's first request for an enlargement of time for this purpose. Plaintiff, Renda Marine, Inc. (Renda) does not oppose this request for an enlargement of time.

In addition, the Government respectfully requests that the pretrial schedule established by the Court's July 26, 2005 Order be modified to establish the following revised pretrial schedule in this case:

1. On or before May 22, 2006, the parties shall complete fact discovery.

2. On or before June 23, 2006, the parties shall make the expert testimony disclosures required by RCFC 26(a)(2)(A)&(B).

3. On or before July 24, 2006, the parties shall complete discovery of expert witnesses.

4. The parties shall file dispositive motions, if any, on or before August 25, 2006.

5. If no dispositive motions are filed, the Court shall schedule a conference for the purpose of establishing a schedule for filing the pretrial submissions required by Appendix A to the Rules of the Court of Federal Claims, to schedule the final pretrial conference, and to schedule a trial of this case.

Renda does not oppose this request for a modification of the pretrial schedule.

This application for an enlargement of time (and the resulting need for a revised pretrial schedule) is required by the Government in order to have an adequate period of time to respond to plaintiff's first set of interrogatories and first request for production of documents in this case. Plaintiff's counsel sent those discovery requests to defendant's counsel by certified mail on February 7, 2006. However, those discovery requests, which are Renda's first discovery requests to the Government in this litigation, were not delivered to defendant's counsel until March 2, 2006. Plaintiff's counsel did not send a copy of those discovery requests to defendant's counsel by an overnight delivery service, by facsimile transmission, or by any other medium during the period between February 7, 2006, and March 2, 2006. While plaintiff's counsel and defendant's counsel communicated during the February 7-March 2, 2006 period about certain matters, including the scheduling of depositions by the Government, plaintiff's counsel did not mention that plaintiff had sent defendant's counsel the written discovery requests that are the subject of this request for an enlargement of time.

On March 7, 2006, defendant's counsel met with plaintiff's counsel and obtained clarifications by plaintiff's counsel of and/or modifications by plaintiff's counsel to the scope of numerous interrogatories and document production requests. This modest request for an additional 39 days, to and including April 21, 2006, therefore, is needed to respond to plaintiff's discovery requests. In addition, plaintiff's counsel, who has not taken any depositions in this case to date,

requires an additional month within which to depose fact witnesses (with benefit of defendant's discovery responses, including document production).

For the foregoing reasons, defendant's unopposed motion for an enlargement of time and for a modification of the pretrial schedule should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

MARCH 10, 2006