# In the United States Court of Federal Claims

No. 04-1786C
(Filed: March 16, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pending is defendant's March 10, 2006 unopposed motion for an enlargement of time, to and including April 21, 2006, within which to respond to plaintiffs' discovery requests, and for modification of the pretrial schedule. For good cause shown, the motion is granted. Accordingly, the court's July 27, 2005 order is amended as follows:

1. On or before **May 22, 2006**, the parties shall complete fact discovery.

2. On or before **June 23, 2006**, the parties shall make the expert testimony disclosures required by RCFC 26(a)(2)(A) & (B).

3. On or before **July 24, 2006**, the parties shall complete discovery of expert witnesses.

4. The parties shall file dispositive motions, if any, no later than **August 25, 2006**.

5. If no dispositive motions are filed, the court will schedule a conference for the purpose of establishing a schedule for filing

the pretrial submissions required by Appendix A to the Rules of the Court of Federal Claims, to schedule the final pretrial conference, and to schedule a trial of this case.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
*Judge*