# In the United States Court of Federal Claims

No. 04-1786C
(Filed: March 30, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic status conference will be held Friday, March 31, 2006, at 10:30 a.m. eastern (9:30 a.m. central) to discuss defendant's March 24, 2006 motion for partial dismissal. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge