# In the United States Court of Federal Claims

No. 04-1786C
(Filed: March 31, 2006)

* * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pending is the government's motion to dismiss in part for failure to prosecute. Based on a telephonic status conference held March 31, 2006, plaintiff does not oppose dismissal with prejudice. The court hereby converts defendant's motion to dismiss for failure to prosecute to one for voluntary dismissal pursuant to RCFC 41(a)(2). Consequently, plaintiff's claim for $134,245 relating to placement area 105A, the subject of ¶¶ 35-43 of the Complaint, is dismissed with prejudice. Final judgment will be deferred pending resolution of the entire action.

The court will contact parties to schedule a status conference contemporaneous with the closure of fact discovery, as to remaining issues.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge