# In the United States Court of Federal Claims

No. 04-1786C
(Filed: May 24, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the last paragraph in the court's order of March 31, 2006, a telephonic status conference will be held Tuesday, June 6, 2006, at 3:30 p.m. EDT (2:30 p.m. Central). The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge