IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT RESPONSE TO COURT'S DRAFT SCHEDULING ORDER

In response to the Court's June 7, 2006 draft pre-trial and trial scheduling order, plaintiff, Renda Marine, Inc., and defendant, the United States, state as follows:

Counsel for plaintiff and defendant have reviewed and discussed the Court's draft pre-trial and trial scheduling Order and we respectfully request that, in lieu of the schedule set forth in the draft Order, the Court adopt the following proposed pre-trial and trial schedule:

1. The parties shall make their Appendix A, ¶ 13, exchange of witness lists on or before Friday, June 30, 2006, by overnight mail service (next business day delivery).

2. Fact discovery is reopened and will remain open through Monday, July 31, 2006.

3. The parties shall make their RCFC 26(a)(2)(A)&(B) exchanges on or before Monday, August 14, 2006, by overnight mail service (next business day delivery).

4. The parties shall make their Appendix A, ¶ 13, exchange of exhibit lists on or before Monday, August 14, 2006, by overnight mail service (next business day delivery).

5. The parties shall exchange any rebuttal expert witness reports pursuant to RCFC 26(a)(2)(C) on or before Monday, September 11, 2006, by overnight mail service (next business day delivery).

6. Expert discovery (including depositions of experts) shall remain open through Friday, October 13, 2006.

7. Plaintiff shall file its pre-trial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, ¶¶ 14(a), 14(d), 15(a), 15(b), and 16 on or before Friday, October 27, 2006.

8. Defendant shall file its pre-trial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, ¶¶ 14(b), 14(d), 15(a), 15(b), and 16 on or before Friday, November 17, 2006.

9. Plaintiff shall reply to defendant's proposed findings of uncontroverted fact on or before Monday, December 4, 2006.

10. A pre-trial conference will be held in Washington, D.C., on Tuesday, December 12, 2006.

11. Trial will be held in Houston, Texas, from Monday, January 22, 2007, through Friday, February 2, 2007, at a place to be determined.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Terry L. Salazar
TERRY L. SALAZAR, ESQ.
Quilling, Selander, Cumminsky
& Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Tele: (214) 871-2100
(Fax) (214) 871-2111

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(Fax) (202) 514-8624

Attorneys for Defendant

JUNE 9, 2006