# In the United States Court of Federal Claims

No. 04-1786C
June 9, 2006

* * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic status conference was held Tuesday, June 6, 2006. As a result, the following schedule is ordered:

(1) The parties shall make their Appendix A, paragraph 13, exchange of witness lists on or before Friday, June 30, 2006, by overnight mail service (next business day delivery).

(2) Fact discovery is reopened and will remain open through Monday, July 31, 2006.

(3) The parties shall make their RCFC 26(a)(2) exchanges on or before Monday, August 14, 2006, by overnight mail service (next business day delivery).

(4) The parties shall make their Appendix A, paragraph 13, exchange of exhibit lists on or before Monday, August 14, 2006, by overnight mail service (next business day delivery).

(5) The parties shall exchange any rebuttal expert witness reports pursuant to RCFC 26(a)(2)(C) on or before Monday, September 11, 2006, by overnight mail service (next business day delivery).

(6) Expert discovery shall remain open through Thursday, August 31, 2006.

(7) Plaintiff shall file its pre-trial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, paragraphs 14(a), 15(a), 15(b), and 16 on or before Friday, November 17, 2006.

(8) Defendant shall file its pre-trial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, paragraphs 14(b), 14(d), 15(a), 15(b), and 16 on or before Friday, November 17, 2006.

(9) Plaintiff shall reply to defendant's proposed findings of uncontroverted fact on or before Monday, December 4, 2006.

(10) A pre-trial conference will be held in Washington D.C., on Tuesday, December 12, 2006.

(11) Trial will be held in Houston, Texas from Monday, January 22, 2007 through Friday, February 2, 2007, at a location to be determined.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge