IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO AMEND JUNE 9, 2006 SCHEDULING ORDER

Defendant, the United States, respectfully requests that the Court amend its Order filed on June 9, 2006, to provide that expert discovery shall remain open through Friday, October 13, 2006, and to provide that plaintiff's pre-trial memorandum and related materials be filed on or before Friday, October 27, 2006, as proposed by plaintiff and defendant in their "Joint Response to the Court's Draft Scheduling Order" dated June 9, 2006.

On June 7, 2006, following the telephonic status conference between the Court and counsel for plaintiff and defendant on June 6, 2006, the Court provided the parties with a draft Order setting forth a pre-trial and trial schedule. The Court afforded plaintiff and defendant an opportunity to respond with comments and, on June 9, 2006, plaintiff and defendant filed a "Joint Response to Court's Draft Scheduling Order" in which the parties requested that the Court adopt the pre-trial and trial schedule set forth in the parties' response. The Court's June 9, 2006 Order adopts the schedule proposed by the parties in all but two respects discussed below.

Under the schedule proposed by the parties, expert discovery would remain open through Friday, October 13, 2006, in order that depositions of experts could take place *after* the deadlines for the exchange of expert reports pursuant to RCFC 26(a)(2)(B) and the exchange of any expert

rebuttal reports pursuant to RCFC 26(a)(2)(C). Regarding expert discovery, the Court's June 9, 2006 Order permits expert rebuttal reports to be exchanged on or before September 11, 2006, while at the same time providing for an August 31, 2006 expert discovery deadline (the deadline for completing expert discovery contained in the Court's June 7, 2006 draft scheduling order). It would appear that the provision in the June 9 Order for an August 31 expert discovery deadline instead of the October 13 expert discovery deadline proposed by the parties was inadvertent and that the Court meant, rather, to adopt the October 13, 2006 expert discovery deadline proposed by the parties.

Under the schedule proposed by the parties, plaintiff's pretrial memorandum and related documents would be filed on or before Friday, October 27, 2006, which is three weeks before the November 17, 2006 deadline proposed by the parties for defendant's pretrial memorandum and related documents. The Court's June 9, 2006 Order, however, fixes a November 17, 2006 deadline for the submission of *both* plaintiff's and defendant's pre-trial memoranda and related documents. That also would appear to be inadvertent and that the Court intended, rather, to adopt the October 27, 2006 deadline for plaintiff's pre-trial documents, in order that the Government could respond in its pre-trial materials to plaintiff's contentions, including plaintiff's proposed findings of uncontroverted fact.

For the foregoing reasons, defendant respectfully requests that the Court issue a corrected scheduling order which provides (as proposed in the parties' "Joint Response to Court's Draft Scheduling Order" dated June 9, 2006, at ¶¶ 6, 7) for (a) an October 13, 2006 expert discovery deadline and (b) an October 27, 2006 deadline for plaintiff's pre-trial memorandum and related materials.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

JUNE 12, 2006