# In the United States Court of Federal Claims

No. 04-1786C
June 13, 2006

* * * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The scheduling order issued June 9, 2006 is amended as follows.

(1) Expert discovery shall remain open through Thursday, October 13, 2006.

(2) Plaintiff shall file its pre-trial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, paragraphs 14(a), 15(a), 15(b), and 16 on or before Friday, October 27, 2006.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge