# In the United States Court of Federal Claims

No. 04-1786C
July 27, 2006

* * * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER TO STAY

This action is stayed pending further order of the court. The parties shall file a joint status report on or before Friday, October 6, 2006 (counsel for defendant shall sign on behalf of both parties), reporting on efforts at settlement.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge