IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 27, 2006 Order to Stay, plaintiff, Renda Marine, Inc., and defendant, the United States, by and through their attorneys, respectfully submit the following report upon the status of settlement efforts:

The offer by plaintiff is a global settlement of the above-captioned action, the claims that are the subject of Renda Marine, Inc. v. United States, No. 02-306C (Fed. Cl.), and other claims that presently are not the subject of any judicial proceeding. The representative of the Attorney General authorized to act upon plaintiff's settlement offer is the Acting Associate Attorney General. Defendant's counsel inquired as to the status of action upon the settlement offer and was advised that the Civil Division's recommendation upon the settlement offer was forwarded to the Acting Associate Attorney General on September 19, 2006, and that the settlement offer is pending review and action by the Acting Associate Attorney General. Defendant's counsel anticipates that the settlement offer will be acted upon by the Acting Associate Attorney General in the near future.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Terry L. Salazar
TERRY L. SALAZAR, ESQ.
Quilling, Selander, Cumminsky
& Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Tele: (214) 871-2100
(Fax) (214) 871-2111

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(Fax) (202) 514-8624

Attorneys for Defendant

OCTOBER 6, 2006