IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 10, 2006 Order, plaintiff, Renda Marine, Inc. (Renda), and defendant, the United States, by and through their attorneys, respectfully submit the following report upon the status of settlement efforts:

The initial offer by plaintiff of a global settlement of the claims in the above-captioned action, the claims that are the subject of Renda Marine, Inc. v. United States, No. 02-306C (Fed. Cl.), and other claims was rejected by the representative of the Attorney General authorized to approve or disapprove the settlement. Thereafter, Renda made a modified global settlement offer which was submitted to the Attorney General's authorized representative and is presently under consideration. Defendant's counsel anticipates that the modified settlement offer will be acted upon on or before January 26, 2007.

The parties, therefore, respectfully request that the suspension of proceedings presently in effect continue in effect until February 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(Fax) (202) 514-8624

Attorneys for Defendant

s/Terry L. Salazar
TERRY L. SALAZAR, ESQ.
Quilling, Selander, Cumminsky
& Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Tele: (214) 871-2100
(Fax) (214) 871-2111

Attorney for Plaintiff

DECEMBER 28, 2006