# In the United States Court of Federal Claims

No. 04-1786C
(Filed: January 8, 2007)

* * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' December 28, 2006 status report, this action remains stayed. The parties shall file a joint status report on or before February 16, 2007 regarding efforts at settlement.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge