IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1786C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 8, 2007 Order, plaintiff, Renda Marine, Inc. (Renda), and defendant, the United States, by and through their attorneys, respectfully submit the following report upon the status of settlement efforts:

The initial offer by plaintiff of a global settlement of the claims in the above-captioned action, the claims that are the subject of Renda Marine, Inc. v. United States, No. 02-306C (Fed. Cl.), and other claims was rejected by the representative of the Attorney General authorized to approve or disapprove the settlement. Thereafter, Renda made a modified global settlement offer which was submitted to the Attorney General's authorized representative.

The modified settlement offer has not yet been acted upon. The Commercial Litigation Branch prepared a supplemental memorandum regarding the modified settlement offer and the supplemental memorandum was submitted to the Attorney General's authorized representative for consideration on or about January 26, 2007.

The parties, therefore, respectfully request that the suspension of proceedings presently in effect continue in effect until March 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Terry L. Salazar
TERRY L. SALAZAR, ESQ.
Quilling, Selander, Cumminsky
& Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Tele: (214) 871-2100
(Fax) (214) 871-2111

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(Fax) (202) 514-8624

Attorneys for Defendant

FEBRUARY 16, 2007