IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 23, 2007 Order, plaintiff, Renda Marine, Inc. (Renda), and defendant, the United States, by and through their attorneys, respectfully submit the following report upon the status of settlement efforts:

The Attorney General's authorized representative did not approve plaintiff's modified global settlement offer. Plaintiff and defendant respectfully request that the Court vacate the stay of proceedings in this case and that the Court adopt the following schedule for the completion of pretrial activities and trial:

1. Fact discovery shall remain open through August 31, 2007.

2. The parties shall make their RCFC 26(a)(2) exchanges on or before November 2, 2007, by overnight mail service (next business day delivery).

3. The parties shall exchange any rebuttal expert witness reports pursuant to RCFC 26(a)(2)(C) on or before December 3, 2007, by overnight mail service (next business day delivery).

4. The parties shall make their Appendix A, ¶ 13, exchange of exhibit lists on or before December 21, 2007, by overnight mail service (next business day delivery).

5. Expert discovery shall remain open through January 18, 2008.

6. Plaintiff shall file its pretrial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, ¶¶ 14(a), 14(d), 15(a), 15(b), and 16 on or before February 8, 2008, by overnight mail service (next business day delivery).

7. Defendant shall file its pretrial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, ¶¶ 14(b), 14(d), 15(a), 15(b), and 16 on or before February 29, 2008, by overnight mail service (next business day delivery).

8. Plaintiff shall reply to defendant's proposed findings of uncontroverted fact on or before March 21, 2008, by overnight mail service (next business day delivery).

9. A pretrial conference will be held in Washington, D.C., on March 11, 2008.

10. Trial will be held in Houston, Texas, during March 17-28, 2008, at a location to be determined.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Terry L. Salazar
TERRY L. SALAZAR, ESQ.
Quilling, Selander, Cumminsky
& Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Tele: (214) 871-2100
(Fax) (214) 871-2111

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(Fax) (202) 514-8624

Attorneys for Defendant

MARCH 15, 2007