# In the United States Court of Federal Claims

No. 04-1786C
(Filed: March 21, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' March 15, 2007 joint status report, the stay of this action is lifted.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge