# In the United States Court of Federal Claims

No. 04-1786C
(Filed: March 21, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to representations made in the parties March 15, 2007 joint status report, the court adopts the schedule set out therein for the completion of pretrial activities and trial:

1. Fact discovery shall remain open through August 31, 2007.

2. The parties shall make their RCFC 26(a)(2) exchanges on or before November 2, 2007, by overnight mail service (next business day delivery).

3. The parties shall exchange any rebuttal expert witness reports pursuant to RCFC 26(a)(2)(C) on or before December 3, 2007, by overnight mail service (next business day delivery).

4. The parties shall make their Appendix A, ¶ 13, exchange of exhibit lists on or before December 21, 2007, by overnight mail service (next business day delivery).

5. Expert discovery shall remain open through January 18, 2008.

6. Plaintiff shall file its pretrial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, ¶¶ 14(a), 14(d), 15(a), 15(b), and 16 on or before February 8, 2008, by overnight mail service (next business day delivery).

7. Defendant shall file its pretrial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, ¶¶ 14(b), 14(d), 15(a), 15(b), and 16 on or before February 29, 2008, by overnight mail service (next business day delivery).

8. Plaintiff shall reply to defendant's proposed findings of uncontroverted fact on or before March 21, 2008, by overnight mail service (next business day delivery).

9. A pretrial conference will be held in Washington, D.C., on March 11, 2008.

10. Trial will be held in Houston, Texas, during March 17-28, 2008, at a location to be determined.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge