# DEFENDANT'S APPENDIX

# INDEX TO DEFENDANT'S APPENDIX


| Document | Page |
|---|---|
| Order filed March 21, 2007 .......... | 1 |
| "Plaintiff's Witness List" dated June 30, 2006 .......... | 3 |
| Letter dated November 15, 2007, from defendant's counsel to plaintiff's counsel re: reports of plaintiff's expert witnesses .......... | 10 |

# In the United States Court of Federal Claims

No. 04-1786C
(Filed: March 21, 2007)

* * * * * * * * * * * * * * * * * * * * * *

RENDA MARINE, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to representations made in the parties March 15, 2007 joint status report, the court adopts the schedule set out therein for the completion of pretrial activities and trial:

1. Fact discovery shall remain open through August 31, 2007.

2. The parties shall make their RCFC 26(a)(2) exchanges on or before November 2, 2007, by overnight mail service (next business day delivery).

3. The parties shall exchange any rebuttal expert witness reports pursuant to RCFC 26(a)(2)(C) on or before December 3, 2007, by overnight mail service (next business day delivery).

4. The parties shall make their Appendix A, ¶ 13, exchange of exhibit lists on or before December 21, 2007, by overnight mail service (next business day delivery).

5. Expert discovery shall remain open through January 18, 2008.

6. Plaintiff shall file its pretrial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, ¶¶ 14(a), 14(d), 15(a), 15(b), and 16 on or before February 8, 2008, by overnight mail service (next business day delivery).

7. Defendant shall file its pretrial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, ¶¶ 14(b), 14(d), 15(a), 15(b), and 16 on or before February 29, 2008, by overnight mail service (next business day delivery).

8. Plaintiff shall reply to defendant's proposed findings of uncontroverted fact on or before March 21, 2008, by overnight mail service (next business day delivery).

9. A pretrial conference will be held in Washington, D.C., on March 11, 2008.

10. Trial will be held in Houston, Texas, during March 17-28, 2008, at a location to be determined.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| Plaintiff, | § | |
| | § | CASE NO. 04-1786C |
| V. | § | |
| | § | (SENIOR JUDGE BRUGGINK) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S WITNESS LIST**

Pursuant to paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims and the Court's June 9, 2006 order, Plaintiff, Renda Marine, Inc., hereby provides Defendant with the following list of witnesses:

A. Fact Witnesses.

1. Mr. Oscar Renda
President, Oscar Renda Contracting, Inc.
#7 Benson Lane
Roanoke, Texas 76262
Telephone: (817) 430-0998

Topic(s) of testimony: Plaintiff's bid, the Contract Documents, Plaintiff's Claims, Project Correspondence, Project Meetings, and Plaintiff's performance of Work on the Project.

2. Mr. Rudolph J. Renda
Vice President, Oscar Renda Contracting, Inc.
#7 Benson Lane
Roanoke, Texas 76262
Telephone: (817) 430-0998

Topic(s) of testimony: Plaintiff's bid, the Contract Documents, Plaintiff's Claims, Project Correspondence, Project Meetings, and Plaintiff's performance of Work on the Project.

3. Mr. Steven C. Bowman
1917 Easy Street
Arlington, Texas 76013
Telephone: (817) 795-3793

Topic(s) of testimony: Plaintiff's bid, the Contract Documents, Plaintiff's Claims, Project Correspondence, Project Meetings, and Plaintiff's performance of Work on the Project.

4. Mr. Eddie R. Fisher
Manager of Coastal Stewardship
Texas General Land Office
1700 North Congress, Room 300
Austin, Texas 77001
Telephone: (512) 463-9215

Topic(s) of testimony: Plaintiff's bid, the Contract Documents, Plaintiff's Claims, Project Correspondence, Project Meetings, Plaintiff's performance of Work on the Project, and Defendant's administration of similar projects and disparate treatment of Plaintiff.

5. J.C. Carter, Jr.
Five Star Dredging
President
Rt. 2, Box 260
Kirbyville, TX 75956
(409) 423-6074

Topic(s) of testimony: Subcontractor to Renda Marine, Inc.; performance of work on the Project.

6. Steve Lane
Weeks Marine
Vice President, Operations
100 James Drive, Suite 300
St. Rose, LA 70087
(504) 461-9200

Topic(s) of testimony: Subcontractor to Renda Marine, Inc.; performance of work on the Project, correspondence and pricing submitted to Defendant to perform part of Plaintiff's scope of work as replacement contractor, and Defendant's administration of similar projects.

7. Kent Ray
Milbern Ray & Co.
Certified Public Accountant
150 West Parkway #100
Euless, TX 76040
(817) 571-7661

Topic(s) of testimony: Financial information related to Plaintiff, including system of cost accounting, actual costs incurred on Project, financial impacts incurred by Plaintiff on Project attributable to claims of Plaintiff.

8. Walt Maxwell
CHUBB Group of Insurance Companies
Surety Claims Adjuster
15 Mountain View Road
P. O. Box 1615
Warren, NJ 07061
(908) 903-3182

Topic(s) of testimony: Bonding relationship of CHUBB to Plaintiff and effect of Defendant's show cause notices to Plaintiff on bonding relationship, correspondence and meetings related to show cause notice and engagement of Weeks Marine as subcontractor to Plaintiff for completion of Work on Project.

9. Mr. Donald W. Carelock
Project Engineer, Northern Area Office
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, Texas 77553
Telephone: 409-766-3191

Topic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, and Defendant's administration of other similar contracts with different contractors.

10. Mr. Thomas Benero
Chief, Contracting Division
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, Texas 77553
Telephone: 409-766-3899

Topic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, Defendant's administration of other similar contracts with different contractors, Defendant's actions in connection with the investigation, evaluation and decisions rendered regarding Plaintiff's claims.

11. Mr. William J. Hopkins
Area Engineer, Northern Area Office
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, Texas 77553
Telephone: 409-766-3191

Topic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, and Defendant's administration of other similar contracts with different contractors.

12. Ms. Carol A. Devany
Contracting Officer
Johnson Space Center
National Aeronautics and Space Administration
Mail Code RH
2101 NASA Parkway
Houston, Texas 77058-3696
Telephone: (281) 244-7267

Topic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, Defendant's administration of other similar contracts with different contractors, and Defendant's actions in connection with the investigation, evaluation and decisions rendered regarding Plaintiff's claims.

13. Mr. Michael J. deMasi
Project Engineer, Northern Area Office
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, Texas 77553
Telephone: 409-766-3191

Topic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, and Defendant's administration of other similar contracts with different contractors.

14. Curtis Cole
U.S. Army Corps of Engineers
Contracting Officer
Galveston District
P. O. Box 1229
Galveston, TX 77553
(409) 766-3899

Topic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, and Defendant's administration of other similar contracts with different contractors.

15. Mr. Johnny Rozsypal
Chief, Construction Branch
Engineering & Construction Division
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, Texas 77553
Telephone: 409-766-3191

Topic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, and Defendant's administration of other similar contracts with different contractors.

16. Darillo Herrera
U.S. Army Corps of Engineers
Tulsa District
1645 S. 101st East Avenue
Tulsa, OK 74159
(918) 669-7366

Topic(s) of testimony: Former employee of Plaintiff, now working for Defendant; Plaintiff's performance of Work on Project, correspondence and meetings related to the Project, Plaintiff's claims, Defendant's administration of the Contract, and Defendant's administration of other similar contracts with different contractors.

17. Dan Keyes
U.S. Army Corps of Engineers
Former Legal Counsel
Galveston District
P. O. Box 1229
Galveston, TX 77553
(409) 766-3899

Topic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, Defendant's administration of other similar contracts with different contractors, and Defendant's actions in connection with the investigation, evaluation and decisions rendered regarding Plaintiff's claims.

18. Mr. Burson Warren
Project Superintendent, Oscar Renda Contracting, Inc.
#7 Benson Lane
Roanoke, Texas 76262
Telephone: (817) 430-0998

Topic(s) of testimony: Plaintiff's performance of the Work on the Project, Plaintiff's claims, and correspondence and meetings related to the Project.

19. Mr. Warren H. Dengler
Project Engineer, Northern Area Office
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, Texas 77553
Telephone: 409-766-3191

Topic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, and Defendant's administration of other similar contracts with different contractors.

20. Mr. Luis Saenz
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
P.O. Box 1229
Galveston, Texas 77553
Telephone: 409-766-3191

Tonic(s) of testimony: Defendant's administration of the Contract, correspondence and meetings related to the Project, Plaintiff's performance of Work on Project, and Defendant's administration of other similar contracts with different contractors.

B. Expert Witnesses.

1. Robert B. McCullough, PE, CCE, CDT
McCullough & Associates, Inc.
15938 Midway Road
Addison, Texas 75001
Telephone: (972) 385-3158

2. Kent Ray.
(Same information as in A.7 above)

Paragraph (3) of the Court's June 9, 2006 Order requires the parties to make RCFC 26(a)(2) exchanges on or before August 14, 2006. Plaintiff will provide Defendant with the reports of its trial experts in accordance with the Court's Order.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

By: [signature]
Terry L. Salazar
Texas Bar No. 17527500

ATTORNEYS FOR RENDA MARINE, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that on the 30th day of June, 2006, a true and correct copy of the foregoing "Plaintiff's Witness List" was served, via overnight mail (next business day delivery), upon the following counsel of record:

John E. Kosloske
Senior Trial Counsel
Commercial Litigation Brach—Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, DC 20530

[signature]
Terry L. Salazar

**U.S. Department of Justice**

Civil Division

JKosloske
DJ # 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

Telephone: (202) 307-1438
Telecopy: (202) 514-8624

*Washington, D.C. 20530*

By Telecopy and First Class Mail

November 15, 2007

Terry L. Salazar, Esq.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(Telecopy: (214) 871-2111)

Re: Renda Marine, Inc. v. United States,
No. 04-1786C (Fed. Cl.)

Dear Mr. Salazar:

The court's March 21, 2007 Order provides that "the parties shall make their RCFC 26(a)(2) exchanges on or before November 2, 2007, by overnight mail service (next business day delivery)." "Plaintiff's Witness List " served on or about June 30, 2006, lists two expert witnesses: Robert B. McCullough, P.E., C.C.E., C.D.T., of McCullough & Associates, Inc., and Kent Ray, C.P.A., of Milburn Ray & Co. Rule 26(a)(2)(B) provides that, "with respect to a witness who is retained or specially employed to provide expert testimony in the case," such as Mr. McCullough and Mr. Ray, the disclosure of expert testimony "shall . . . be accompanied by a written report prepared and signed by the witness" that contains "a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the expert has testified as an expert at trial or by deposition within the preceding four years."

As indicated in my November 7, 2007 electronic mail message to you, the Government did not receive any such report for either Mr. McCullough or Mr. Ray (or, for that matter, any other trial expert). Therefore, we intend to file a motion with the court seeking to have these retained experts excluded from the trial of this case. If you believe that such a motion would be ill-advised, please contact me no later than November 26, 2007, to discuss why you believe that to be so.

Very truly yours,

[signature]

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch