# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RENDA MARINE, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1786C |
| **THE UNITED STATES,** | * | (Filed Nov. 29, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 7.2(a), Defendant's Motion *in Limine* Re: Plaintiff's Trial Experts filed on November 27, 2007, shall be expedited. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiff shall respond by December 5, 2007.

2. Defendant may file a reply by December 10 2007.

3. The court will rule without oral argument.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge