IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 04-1786C |
| V. | § | |
| | § | (Judge Christine O.C. Miller) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE***
**RE: PLAINTIFF'S TRIAL EXPERTS**

In response to the Court's Order filed November 29, 2007, Plaintiff, Renda Marine, Inc. ("Renda") hereby respectfully submits to the Court Plaintiff's Response to Defendant's Motion *In Limine* Re: Plaintiff's Trial Experts and would show as follows:

Plaintiff acknowledges that the information required by Rule 26(a)(2) by for the individuals listed by Plaintiff as potential expert witnesses on Plaintiff's Witness List previously served on the Government was not provided to the Government by November 2, 2007, the deadline established for exchange of such information in the Court's March 21, 2007 Order. Plaintiff has no intention of seeking to elicit expert testimony from such witnesses at the trial of this action and therefore does not oppose Defendant's Motion *In Limine*.

Respectfully submitted,

*/s/ Terry L. Salazar*

Terry L. Salazar
Texas Bar No. 17527500
**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1857 (Telephone)
(214) 871-2111 (Telefax)

**ATTORNEYS FOR RENDA MARINE, INC.**

December 5, 2007.

## CERTIFICATE OF FILING

I hereby certify that on this 5th day of December, 2007, a copy of "PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* RE: PLAINTIFF'S TRIAL EXPERTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Terry L. Salazar*
Terry L. Salazar