# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RENDA MARINE, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1786C |
| **THE UNITED STATES,** | * | (Filed Dec. 6, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant on November 27, 2007, filed Defendant's Motion *in Limine* Re: Plaintiff's Trial Experts (Robert B. McCullough and Kent Ray). Plaintiff filed its response on December 5, 2007, stating that "[p]laintiff has no intention of seeking to elicit expert testimony from such witnesses at the trial of this action and therefore does not oppose Defendant's Motion *In Limine*." Pl.'s Resp. filed Dec. 5, 2007, at 1. Accordingly,

**IT IS ORDERED**, as follows:

Defendant's motion is granted, and plaintiff may not call either Robert B. McCullough or Kent Ray as a witness at the forthcoming trial.

s/ Christine O.C. Miller
________________________________
**Christine Odell Cook Miller**
Judge