IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT CERTIFICATION RE: MEETING OF COUNSEL

Pursuant to ¶ 13(d) of Appendix A to the Rules of the Court of Federal Claims, counsel for plaintiff, Renda Marine, Inc., and counsel for defendant, the United States, certify that, on January 9, 2008, counsel met and accomplished the matters required by ¶ 13 of Appendix A to the Court's rules for the Meeting of Counsel.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Terry L. Salazar
TERRY L. SALAZAR, ESQ.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Tele: (214) 871-2100
(Fax) (214) 871-2111

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(Fax) (202) 514-8624

Attorneys for Defendant

JANUARY 15, 2008

CERTIFICATE OF FILING

I hereby certify that on this 15th day of JANUARY, 2008, a copy of "JOINT CERTIFICATION RE: MEETING OF COUNSEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske