IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO SERVE TRIAL SUBPOENAS
AT LOCATIONS MORE THAN 100 MILES FROM THE SITE OF TRIAL

Pursuant to RCFC 45(b)(2),[1/] defendant, the United States, respectfully requests leave of this Court to serve trial subpoenas to Eddie R. Fisher and Steven C. Bowman at locations more than 100 miles from the site of the trial in this case.[2/] The Court has scheduled the trial in this case to begin on February 28, 2005, in Houston, Texas, "at a location to be determined." March 21, 2007 Order, ¶ 10. Messrs. Fisher and Bowman are former employees of plaintiff, Renda Marine, Inc. ("Renda"). Mr. Fisher resides in Austin, Texas, a location more than 100 miles from Houston. Mr. Bowman resides in Arlington, Texas, which also is located more than 100 miles from Houston.[3/]

---

[1] Rule 45(b)(2) provides, in pertinent part, that, "a subpoena may be served at any place that is within 100 miles of the place of the . . . trial . . . but the court upon proper application and good cause shown may authorize the service of a subpoena at any other place."

[2] Both individuals appear on "Defendant's Corrected Witness List" dated June 30, 2006, pursuant to ¶ 13(b) of Appendix A to the Rules of the Court of federal Claims, a copy of which is appended to this motion.

[3] In order that these trial subpoenas may be issued to Messrs. Fisher and Bowman, the Government also requests that the Court advise the parties of the precise location in Houston, Texas, of the trial.

Mr. Fisher was a Vice President of Renda. Mr. Fisher was responsible for the day-to-day operations of Renda, including the management of its dredging contracts with the Army Corps of Engineers, Galveston District ("the Corps"), from September 1998 until July 2000 when Mr. Fisher terminated his employment with Renda. Mr. Fisher will be called by the Government to testify regarding several topics, including: contract documents for the Boggy Bayou Project; Renda's bid for the Boggy Bayou Project; communications between Renda and the Corps relating to the Boggy Bayou Project; Renda's acquisition of the dredge *Millennium*, including design, manufacture, and delivery of the *Millennium*; circumstances of the late delivery of *Millennium* to Renda; the performance of the dredges *Millennium*, *St. Charles*, and *White Rock* on the Boggy Bayou Project; Renda's claims for extensions of time based upon restricted access to the job site, late delivery of the dredge *Millennium* to Renda, alleged unusually severe weather, Renda's Gulf Intracoastal Waterway channel misalignment claim; Renda's performance of the contract for the Boggy Bayou Project, including, but not limited to, dredging the Mouth-of-the-Colorado River ("MOC River") navigation channel and impoundment basin; Renda's bid in response to Solicitation No. DACW64-00-B-0008 issued on January 3, 2000, for the follow-on contract awarded by the Corps to Weeks Marine, Inc. ("Weeks"), to dredge the MOC River navigation channel; Renda's suit against Dredging Supply Co., Inc. ("DSC"), the manufacturer of the dredge *Millennium*, and related documents; and Mr. Fisher's involvement in the preparation of Renda's certified claim.

Mr. Bowman also was a Vice-President of Renda. Mr. Bowman assumed responsibility for the day-to-day operations of Renda, including the management of its dredging contracts with the Corps, upon Mr. Fisher's resignation from Renda. Mr. Bowman will be called by the Gov-

ernment to testify regarding several topics, including: contract documents for the Boggy Bayou Project; Renda's bid for the Boggy Bayou Project; communications between Renda and the Corps relating to the Boggy Bayou Project; Renda's acquisition of the dredge *Millennium*, including design, manufacture, and delivery of the *Millennium*; performance of the dredges *Millennium*, *St. Charles*, and *White Rock* at the MOC River; the subcontract between Renda and Weeks in August 2000 to complete dredging the MOC River navigation channel; meetings and other contacts with Corps related to performance of the contract for the Boggy Bayou Project, including, but not limited to, Renda's dredging at the MOC River and subcontract between Renda and Weeks to complete dredging at the MOC River navigation channel; communications with Weeks related to the subcontract between Renda and Weeks to complete dredging at the MOC River entrance channel; Renda's suit against DSC, the manufacturer of the dredge *Millennium* and related documents; and Renda's certified claim.

For the foregoing reasons, defendant's motion to serve Messrs. Fisher and Bowman with trial subpoenas at locations more than 100 miles from the site of trial, i.e., in Austin, Texas, in the case of Mr. Fisher, and in Arlington, Texas, in the case of Mr. Bowman, should be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch

OF COUNSEL:

MR. P. ALEX PETTY

Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

JANUARY 17, 2008

CERTIFICATE OF FILING

I hereby certify that on this 17th day of JANUARY, 2008, a copies of "DEFENDANT'S MOTION FOR LEAVE TO SERVE TRIAL SUBPOENAS AT LOCATIONS MORE THAN 100 MILES FROM THE SITE OF TRIAL" and related Appendix were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske