IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CORRECTED WITNESS LIST

Pursuant to paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims and the Court's June 9, 2006 Order, defendant, the United States, provides the following list of witnesses:

A. Fact Witnesses

1. MR. EDDIE R. FISHER
Manager of Coastal Stewardship
Texas General Land Office
1700 North Congress, Room 300
Austin, TX 77001
Tele: (512) 463-9215

Residence:

915 West Gibson
Austin, TX 78704
Tele: (512) 448-3162

Topic(s) of testimony: Contract documents; plaintiff's bid; oral and written communications between plaintiff and the Corps; plaintiff's acquisition of the dredge *Millennium*, including design, manufacture, and delivery of the *Millennium*; circumstances of late delivery of *Millennium* to plaintiff; performance of dredges *Millennium*, *St. Charles*, and *White Rock* at the Mouth of Colorado River; plaintiff's claims for extensions of time based upon restricted access to job site, late delivery of *Millennium* to plaintiff, unusually severe weather, and GIWW channel misalignment; Modification P00021; contract performance, including, but

not limited to, dredging at Mouth of Colorado River; plaintiff's bid in response to Solicitation No. DACW64-00-B-0008 issued on 1/3/00; plaintiff's suit against Dredging Supply Co., Inc. with respect to the dredge *Millennium* and related documents; and involvement in preparation of plaintiff's certified claim.

2. MR. STEVEN C. BOWMAN
1917 Easy Street
Arlington, TX 76013
Tele: (817) 795-3793

Topic(s) of testimony: Contract documents; plaintiff's bid; oral and written communications between plaintiff and the Corps; plaintiff's acquisition of the dredge *Millennium*, including design, manufacture, and delivery of the *Millennium*; performance of dredges *Millennium*, *St. Charles*, and *White Rock* at Mouth of Colorado River; subcontract between plaintiff and Weeks Marine to complete dredging Mouth of Colorado River navigation channel; meetings and other contacts with Corps related to performance of contract, including, but not limited to, plaintiff's dredging at the Mouth of Colorado River and subcontract between plaintiff and Weeks Marine to complete dredging at Mouth of Colorado River navigation channel; communications with Weeks Marine related to subcontract between plaintiff and Weeks Marine to complete dredging at Mouth of Colorado River entrance channel; plaintiff's suit against Dredging Supply Co., Inc. with respect to dredge *Millennium* and related documents; and plaintiff's certified claim.

3. MR. OSCAR RENDA
President, Oscar Renda Contracting, Inc.
#7 Benson Lane
Roanoke, TX 76262
Tele: (817) 430-0998

Topic(s) of testimony: Relationship between plaintiff and Oscar Renda Contracting, Inc.; involvement in preparation of plaintiff's bid; plaintiff's acquisition of dredge *Millennium*, including design, manufacture, and delivery of the *Millennium*; performance of dredges *Millennium* and *St. Charles* at the Mouth of Colorado River; subcontract between plaintiff and Weeks Marine to complete dredging Mouth of Colorado River navigation channel; meetings and other contacts with Corps related to performance of contract, including, but not limited to, dredging at the Mouth of Colorado River navigation channel and subcontract between plaintiff and Weeks Marine; plaintiff's suit against Dredging Supply Co., Inc. with respect to dredge *Millennium* and related documents; and plaintiff's certified claim.

4. MR. RUDOLPH J. RENDA
Vice President, Oscar Renda Contracting, Inc.
#7 Benson Lane
Roanoke, TX 76262
Tele: (817) 430-0998

Residence:

7003 Lismore Court
Colleyville, TX 76034

Topic(s) of testimony: Involvement in preparation of plaintiff's bid; plaintiff's acquisition of dredge *Millennium*, including design, manufacture, and delivery of the *Millennium*; performance of dredges *Millennium* and *St. Charles* at the Mouth of Colorado River; subcontract between plaintiff and Weeks Marine to complete dredging Mouth of Colorado River navigation channel; communications with Weeks Marine related to subcontract between plaintiff and Weeks Marine to complete dredging at Mouth of Colorado River navigation channel; meetings and other contacts with Corps related to performance of contract, including, but not limited to, dredging at the Mouth of Colorado River navigation channel and sub-contract between plaintiff and Weeks Marine; plaintiff's suit against Dredging Supply Co., Inc. with respect to dredge *Millennium* and related documents; and plaintiff's certified claim.

5. MR. BURSON WARREN
Project Superintendent, Oscar Renda Contracting, Inc.
#7 Benson Lane
Roanoke, TX 76262
Tele: (817) 430-0998

Residence:

1777 Timbercreek Road, Apt. 1822
Flower Mound, TX 75028
Tele: (972) 539-5289

Topic(s) of testimony: Plaintiff's acquisition of dredge *Millennium*, including design, manufacture, and delivery of the *Millennium*; performance of dredge *Millennium* at the Mouth of Colorado River.

6. MS. CAROL A. DEVANY
Contracting Officer
Johnson Space Center
National Aeronautics
and Space Administration
Mail Code BH
2101 NASA Parkway
Houston, TX 77058-3696
Tele: (281) 244-7267

Topic(s) of testimony:

Contract No. DACW64-98-C-0028 (Boggy Bayou Project): Contract award; contract documents; project correspondence, including, but not limited to 3/8/00 Show Cause Notice; contract administration, including, but not limited to, protest by King Fisher Marine Service of award of contract to plaintiff and appointment of administrative contracting officer and alternate administrative contracting officer for Boggy Bayou Project; meetings and other contacts with plaintiff's representatives related to plaintiff's performance of the contract, including, but not limited to, 3/8/00 Show Cause Notice.

Contract No. DACW64-00-C-0006 (between Weeks Marine and Government):

Contract award; contract documents; project correspondence; plaintiff's bid protest.

7. MR. THOMAS BENERO
Chief, Contracting Division
Galveston District
United States Army Corps of Engineers
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3899

Topic(s) of testimony:

Contract No. DACW64-98-C-0028 (Boggy Bayou Project): Contract administration; project correspondence, including, but not limited to 7/31/00 Show Cause Notice; meetings and other contacts with plaintiff's representatives related to performance of contract, including, but not limited to, 7/31/00 Show Cause Notice and subcontract between plaintiff and Weeks Marine to complete dredging at the Mouth of Colorado River navigation channel.

Contract No. DACW64-00-C-0006 (between Weeks Marine and Government):

Contract documents, including, but not limited to, Modification P00002 and Modification P00007 and related documents; project correspondence.

8. MR. WILLIAM J. HOPKINS
Chief, Project Operations Branch
Operations Division
Galveston District
United States Army Corps of Engineers
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3191

Topic(s) of testimony: Contract administration; project correspondence; plaintiff's performance of Boggy Bayou Project, including, but not limited to, dredging at Mouth of Colorado River; meetings and other contacts with plaintiff's representatives related to plaintiff's performance of Boggy Bayou Project; periodic progress payment estimates; and liquidated damages.

9. MR. DONALD W. CARELOCK
Assistant Area Engineer, Northern Area Office
Galveston District
United States Army Corps of Engineers
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3191

Topic(s) of testimony:

Contract No. DACW64-98-C-0028 (Boggy Bayou Project): Contract administration; project correspondence; plaintiff's contract performance, including, but not limited to, dredging at Mouth of Colorado River navigation channel and subcontract between plaintiff and Weeks Marine to complete dredging at Mouth of Colorado River entrance channel; meetings and other contacts with plaintiff's representatives related to plaintiff's performance of the Boggy Bayou Project; periodic progress payment estimates; Modification P00021, including related negotiations and documents; liquidated damages.

Contract No. DACW64-00-C-0006 (between Weeks Marine and Government):

Contract documents, including change order relative to dredging Station 34+300 to 35+300 at Mouth of Colorado River navigation channel (Modification P00002, Modification P00007); project correspondence.

10. MR. MICHAEL J. deMASI
Project Engineer, Northern Area Office
Galveston District
United States Army Corps of Engineers
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3191

Topic(s) of testimony: Contract administration; plaintiff's performance of Boggy Bayou Project, including, but not limited to, dredging at Mouth of Colorado River entrance channel and GIWW misalignment issue; meetings and other contacts with plaintiff's representatives related to plaintiff's performance of Boggy Bayou Project; periodic progress payment estimates; negotiations relating to Modification P00021.

11. MR. WARREN H. DENGLER
Project Engineer, Northern Area Office
Galveston District
United States Army Corps of Engineers
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3191

Topic(s) of testimony:

Contract No. DACW64-98-C-0028 (Boggy Bayou Project): Monitoring dredging operations of plaintiff at Mouth of Colorado River navigation channel and related documents, including, but not limited to, e-mail.

Contract No. DACW64-00-C-0006 (between Weeks Marine and Government): Quality assurance activities and related documents, including, but not limited to, Quality Assurance Reports during summer of 2000, e-mails, and photographs.

12. MR. JOHNNY ROZSYPAL
Chief, Operations Division
Galveston District
United States Army Corps of Engineers
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3191

Topic (s) of testimony: 8/3/00 meeting between representatives of plaintiff and the Corps relating to status of plaintiff's performance of Boggy Bayou Project and Upper Bayou Project; plaintiff's dredging at Mouth of Colorado River navigation channel.

13. MR. LUIS SAENZ
Project Engineer, Northern Area Office
Galveston District
United States Army Corps of Engineers
2000 Fort Point Road
P.O. Box 1229
Galveston, TX 77553
Tele: 409-766-3191

Topic(s) of testimony:

Contract No. DACW64-98-C-0028 (Boggy Bayou Project): Hydrographic surveys; processing of hydrographic survey data; generation of cross-sections from hydrographic survey data; calculation of volume of dredged material from cross-sections; identification of exhibits relating to hydrographic surveys for Boggy Bayou Project, including, but not limited to, before- and after-dredging surveys and dredged material volume calculations relative to Bid Item 0002 (GIWW); calculation of liquidated damages daily rate for Boggy Bayou Project, including identification of related exhibit.

Contract No. DACW64-00-C-0006 (between Weeks Marine and Government):

Before-dredging volume calculations relative to portions of Mouth of Colorado River navigation channel based upon July and August 2000 hydrographic surveys.

B. Fact Witnesses With Respect To Whom Government Intends To Offer Portions Of Transcript(s) Of Deposition Testimony

1. Mr. Eddie R. Fisher (Austin, TX).
2. Mr. Steven C. Bowman (Arlington, TX).
3. Mr. Oscar Renda (Roanoke, TX).
4. Mr. Rudy J. Renda (Roanoke, TX).
5. Mr. Burson Warren (Flower Mound, TX).

C. Expert Witnesses

1. GEORGE J. STRICKLER, P.E.
Capital Project Management, Inc.
Abington Hall, Suite 100
1777 Sentry Parkway West
Blue Bell, PA 19422-2210
Tele: (267) 464-0500

2. LEE E. HARRIS, Ph.D., P.E.
Associate Professor of Ocean Engineering
Department of Marine & Environmental Systems
Florida Institute of Technology
Link Engineering Building, Room E-210
150 West University Avenue
Melbourne, FL 32901
Tele: (321) 674-7273

Paragraph (3) of the Court's June 9, 2006 Order provides that the parties shall make their RCFC 26(a)(2) exchanges on or before August 14, 2006. The Government will provide plaintiff with the reports of its trial experts in accordance with that provision of the Court's June 9 Order.

PETER D. KEISLER
Assistant Attorney General

David M. Cohen

DAVID M. COHEN
Director

John Kolodz...

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

JUNE 30, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 30th day of JUNE, 2006, I caused to be sent by overnight mail service (next business day delivery) "DEFENDANT'S CORRECTED WITNESS LIST" addressed as follows:

TERRY L. SALAZAR, ESQ.
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

[signature]
_______________________________