# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RENDA MARINE, INC.,** *

Plaintiffs, *

v. * No. 04-1786C

**THE UNITED STATES,** * (Filed Jan. 17, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's motion for the authorization of subpoenas filed this date is granted. However, the court notes that defendant misstates the date for commencement of trial, which is March 17, 2008, not February 28, 2005. See Order entered on March 21, 2007. A separate order entered this date specifies the location of trial. Accordingly,

**IT IS ORDERED**, as follows:

Service beyond 100 miles from the place of travel in order to testify during trial at the time and place indicated is hereby authorized for the following individuals: Eddie R. Fisher and Steven C. Bowman.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge