# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RENDA MARINE, INC.,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 04-1786C |
| **THE UNITED STATES**, | * | (Filed Jan. 17, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the order entered this date on defendant's motion for the authorization of subpoenas, and the letter from the court's judicial assistant to counsel dated January 16, 2008, enclosing exhibit forms and stating the location of trial,

**IT IS ORDERED**, as follows:

Paragraph 10 of the order entered on March 21, 2007, is modified insofar as trial, not to exceed eight days, shall commence at 10:00 a.m. on Monday, March 17, 2008, through Thursday, March 20, 2008, resuming at 9:00 a.m. on Monday, March 24, 2008, and concluding on Thursday, March 27, 2008, in courtroom 8C of the U.S. District Court for the Southern District of Texas, 515 Rusk Street, Houston, TX.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge