IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND
THE MARCH 21, 2007 SCHEDULING ORDER

Defendant, the United States, respectfully requests that the Court modify the March 21, 2007 Order in this case, which established a schedule for the completion of pretrial activities and trial, by eliminating the provision for filing "by overnight mail service (next business day delivery)" the pretrial submissions required by ¶¶ 6, 7, and 8 of the March 21, 2007 Order and by amending the date for filing plaintiff's reply to the Government's proposed findings of uncontroverted fact (required by ¶ 8 of the March 21, 2007 Order) from March 21, 2008, to March 10, 2008. Plaintiff does not oppose this motion.

The above-captioned action is designated an electronic filing case. The pretrial submissions required by ¶¶ 6, 7, and 8 of the March 21, 2007 Order, therefore, should be filed electronically. The March 21, 2007 Order adopted a joint schedule proposal by the parties that inadvertently and incorrectly provided that such pretrial submissions be filed "by overnight mail service (next business day delivery)." See "Joint Status Report" dated March 15, 2007. The March 21, 2007 Order, accordingly, should be amended by deleting the requirement to file the pretrial submissions by overnight mail.

The March 21, 2007 Order, at ¶ 8, provides that "[p]laintiff shall reply to defendant's proposed findings of uncontroverted fact on or before March 21, 2008[.]"[1/] The trial of this case is scheduled to begin four days earlier on March 17, 2008, and the pretrial conference is scheduled for March 11, 2008. See January 17, 2008 Order; March 21, 2007 Order, ¶ 9. For a reply by plaintiff to the Government's proposed findings of uncontroverted fact to have any utility, the reply should be made *before* not after the commencement of trial. The Government's proposed findings of uncontroverted fact are due on February 29, 2008. See March 29, 2008 Order, ¶ 7. Establishing a March 10, 2008 due date for plaintiff's reply to the Government's proposed findings of uncontroverted fact, the day before the pretrial conference, would allow plaintiff ten days within which to reply to the Government's proposed findings. This would afford the parties an adequate opportunity to stipulate to the Government's proposed uncontroverted facts before the commencement of trial.

For the foregoing reasons, defendant's unopposed motion to amend the March 21, 2007 Order should be granted and the March 21, 2007 Order should be modified (a) by deleting the requirement for filing "by overnight mail service (next business day delivery)" the pretrial submissions required by ¶¶ 6-8 of the Order and (b) by amending ¶ 8 of the Order to provide that plaintiff shall file a reply to defendant's proposed findings of uncontroverted fact on or before March 10, 2008.

---

[1] The source of the March 21, 2008 date for plaintiff's reply to the Government's proposed findings of uncontroverted fact is the schedule proposal contained in the parties' "Joint Status Report" dated March 15, 2007.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

JANUARY 30, 2008

CERTIFICATE OF FILING

I hereby certify that on this 30th day of JANUARY, 2008, a copy of "DEFENDANT'S UNOPPOSED MOTION TO MODIFY MARCH 21, 2007 SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske