# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RENDA MARINE, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1786C |
| **THE UNITED STATES,** | * | (Filed Jan. 31, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion To Amend the March 21, 2007 Scheduling Order is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. All references to service by overnight mail (next business day delivery) in ¶¶ 2-4 and 6-8 of the order entered on March 21, 2007, are vacated.

2. Paragraph 8 of the order entered on March 21, 2007, is modified insofar as plaintiff shall respond to defendant's proposed findings of uncontroverted fact by March 7, 2008.

3. Paragraph 9 of the order entered on March 21, 2007, is modified insofar as the pretrial conference shall be held at 3:00 p.m. on Tuesday, March 11, 2008.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge