IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 04-1786C |
| V. | § | |
| | § | (Judge Christine O.C. Miller) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S MOTION FOR CONTINUANCE**

Plaintiff, Renda Marine, Inc. ("Renda") hereby respectfully requests that the Court issue an Order granting a continuance in this case and extending all current deadlines, including the scheduled trial date of March 17, 2008 and in support of Plaintiff's Motion would show the Court as follows:

1. Based upon communications received from Renda on February 7 and 8, 2008, a conflict has arisen between Renda and Salazar that prevents Salazar from being able to continue his representation of Renda in this matter. Renda has informed its Attorney of Record, Terry L. Salazar ("Salazar") that it wishes to obtain replacement counsel to represent Renda in this matter, including the presentation of Renda's claims at trial.

2. Based upon Renda's stated intent to obtain replacement counsel, Salazar has filed a Motion to Withdraw contemporaneous with the filing of this Motion for Continuance.

3. Renda has not obtained replacement counsel and will need a reasonable period of time, not to exceed 30 days, within which to engage replacement counsel. Further, replacement counsel will need a reasonable period of time to prepare for trial.

4. In the interests of justice, a continuance and extension of all current deadlines, including the trial date, is warranted and should be granted.

**SUMMARY**

For the foregoing reasons, Plaintiff's Motion for Continuance should be granted and the Court should issue an order granting the requested continuance and extending all current deadlines, including the scheduled trial date of March 17, 2008, for a reasonable period of time to be determined by the Court.

Respectfully submitted,

*/s/ Terry L. Salazar*

Terry L. Salazar
Texas Bar No. 17527500
**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1857 (Telephone)
(214) 871-2111 (Telefax)

**ATTORNEY FOR RENDA MARINE, INC.**

February 8, 2008.

**CERTIFICATE OF CONFERENCE**

I hereby certify on February 8, 2008 I conferred telephonically with Defendant's counsel regarding this matter and the filing of this Motion and Defendant's counsel responded that Defendant opposes Plaintiff's Motion for Continuance.

*/s/ Terry L. Salazar*

Terry L. Salazar

**CERTIFICATE OF FILING**

I hereby certify that on this 8th day of February, 2008, a copy of "PLAINTIFF'S MOTION FOR CONTINUANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Terry L. Salazar*
Terry L. Salazar