IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 04-1786C |
| V. | § | |
| | § | (Judge Christine O.C. Miller) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Terry L. Salazar (Salazar), Attorney of Record for Plaintiff, Renda Marine, Inc. ("Renda") hereby respectfully requests leave of Court to withdraw as Attorney of Record in this case and in support of this Motion would show the Court as follows:

1. Based upon communications received from Renda on February 7 and 8, 2008, a conflict has arisen between Renda and Salazar that prevents Salazar from being able to continue his representation of Renda in this matter. Renda has informed its Attorney of Record, Terry L. Salazar ("Salazar") that it wishes to obtain replacement counsel to represent Renda in this matter, including the presentation of Renda's claims at trial.

2. Based upon Renda's stated intent to obtain replacement counsel, Salazar does not believe he can effectively represent the interests of Renda in this matter any longer..

3. Renda has not obtained replacement counsel and will need a reasonable period of time, not to exceed 30 days, within which to engage replacement counsel. A Motion for Continuance has been filed contemporaneous with the filing of this Motion to Withdraw.

4. Good cause exists for Salazar to be allowed to withdraw as Attorney of Record and this Motion to Withdraw is filed with the knowledge and at the direction of Renda.

## SUMMARY

For the foregoing reasons, Plaintiff's Motion to Withdraw as Attorney of Record for Plaintiff should be granted and the Court should grant leave to permit Salazar to withdraw as Attorney of Record for Plaintiff, Renda Marine, Inc. in this case.

Respectfully submitted,

*/s/ Terry L. Salazar*

Terry L. Salazar
Texas Bar No. 17527500
**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1857 (Telephone)
(214) 871-2111 (Telefax)

**ATTORNEY FOR RENDA MARINE, INC.**

February 8, 2008.

## CERTIFICATE OF CONFERENCE

I hereby certify on February 8, 2008 I conferred telephonically with Defendant's counsel regarding this matter and the filing of this Motion To Withdraw As Attorney Of Record.

*/s/ Terry L. Salazar*

Terry L. Salazar

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion To Withdraw As Attorney Of Record has been transmitted via facsimile and first class mail this 8th day of February, 2008 to Renda Marine, Inc. at 522 Benson Lane, Roanoke, Texas 76262.

*/s/ Terry L. Salazar*
Terry L. Salazar

**CERTIFICATE OF FILING**

I hereby certify that on this 8th day of February, 2008, a copy of this "MOTION TO WITHDRAW AS ATTORNEY OF RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Terry L. Salazar*
Terry L. Salazar