# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RENDA MARINE, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1786C |
| **THE UNITED STATES,** | * | (Filed Feb. 11, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Terry L. Salazar on February 8, 2008, filed a Motion To Withdraw as Attorney of Record and Plaintiff's Motion for Continuance. Because trial in this matter is scheduled to commence on March 7, 2008, expedited briefing is ordered pursuant to RCFC 7.2(a). Accordingly,

**IT IS ORDERED**, as follows:

1. Defendant shall file a single response to both motions by February 14, 2008.

2. The Clerk of the Court shall serve a copy of this order on Mr. Oscar Renda, President, Renda Marine, Inc., 522 Benson Lane, Roanoke TX 76262, by overnight express mail, who may respond to the motion to withdraw by February 14, 2008.

3. The court will rule without a reply.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge