IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S COMBINED RESPONSE TO PLAINTIFF'S MOTION FOR A CONTINUANCE AND PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to the Court's February 11, 2008 Order, defendant, the United States, respectfully submits this combined response to "Plaintiff's Motion for Continuance" and plaintiff's counsel's "Motion to Withdraw as Attorney of Record" filed on February 8, 2008. Plaintiff, Renda Marine, Inc. ("Renda"), seeks a "continuance" in this case "extending all current deadlines, including the scheduled trial date of March 17, 2008, for a reasonable period of time to be determined by the Court." Pl. Mot. 2.[1] February 8, 2008 is the present deadline for the filing of Renda's pretrial memorandum, witness list, exhibit list, proposed findings of uncontroverted fact, and any motion to present substantive evidence by way of deposition testimony pursuant to Appendix A, ¶¶ 14-16. See March 21, 2007 Order, ¶ 6, as amended by January 31, 2008 Order, ¶ 1. These documents were not filed on February 8, 2008, and have not been filed since.

---

[1] In this response, "Pl. Mot. ___" refers to the referenced page(s) of "Plaintiff's Motion for Continuance" dated February 8, 2008; "Salazar Mot. Withdraw" ___" refers to the referenced page(s) of the "Motion to Withdraw as Attorney of Record" dated February 8, 2008; "Kosloske Declaration ¶ ___" refers to the referenced paragraph(s) of the "Declaration of John E. Kosloske" dated February 13, 2008; and "Def. App. ___" refers to the referenced page(s) of the appendix accompanying this response.

The stated reason for the requested continuance is that a "conflict" arose on February 7 and 8, 2008, "between Renda and [its attorney] that prevents [him] from being able to continue his representation in this matter." See "Motion to Withdraw as Attorney of Record" dated February 8, 2008, at 1. Renda states that it "will need a reasonable period of time, not to exceed 30 days, within which to engage replacement counsel" and that "replacement counsel will need a reasonable period of time to prepare for trial." Pl. Mot. 1, at ¶ 3.

The circumstances under which the motions to withdraw and for a continuance were filed are curious. On February 8, 2008, prior to the filing of these motions, Renda's counsel, Terry L. Salazar, telephoned defendant's counsel, John Kosloske, to advise that Renda intended to file a motion for a stay of the proceedings in this case pending the resolution of Renda's combined petition for rehearing and rehearing en banc in Renda Marine, Inc. v. United States, No. 2006-5127 (Fed. Cir.). See Kosloske Declaration ¶ 2, Def. App. 1.[2/] Mr. Salazar asked Mr. Kosloske whether the Government would oppose such a motion for a stay. Id. Mr. Kosloske advised Mr. Salazar that the Government would oppose such a stay of the proceedings unless Renda stipulated that it would dismiss the above-captioned action with prejudice if the combined petition for rehearing and rehearing en banc in Renda Marine, Inc. v. United States, No. 2006-5127 (Fed. Cir.), were denied. Id. at ¶ 3.[3/] Shortly thereafter, Mr. Salazar telephoned Mr. Kosloske again

---

[2] On January 25, 2008, Renda attempted to file a combined petition for rehearing and for rehearing en banc. However, on January 29, 2008, the Clerk of the Court of Appeals for the Federal Circuit returned that document to the filer (Clarence T. Kipps, Jr., Esq.) along with a Notice of Deficiency that afforded Renda 14 days to file a corrected petition. See Def. App. 5.

[3] Mr. Kosloske requested that Mr. Salazar insert the following statement in the stay motion: "Defendant opposes a stay of the proceedings in this case pending the resolution of plaintiff's combined petition for rehearing and rehearing en banc in Renda Marine, Inc. v. United States, No. 2006-5127 (Fed. Cir.), unless plaintiff stipulates that, if the combined petition for rehearing

to advise that, instead of the motion for a stay, he would be filing a motion to withdraw as counsel of record in the above-captioned action and a motion for a continuance. Id. at ¶ 4.

Defendant's counsel presently is scheduled to travel to the Corps of Engineers Galveston District Office during February 18-22, 2008, for the purpose of pretrial preparations in this case. If the motion of Renda's counsel to withdraw as Renda's counsel of record and Renda's motion for a continuance are granted, defendant's counsel would postpone the Galveston trip. Therefore, the Government respectfully requests that the Court rule upon Renda's motions on or before February 15, 2008, so that, if the motions are granted, defendant's counsel may cancel his arrangements to travel to Galveston, Texas, during February 18-22, 2008. We further request that, in the event these motions are granted, the Court schedule a status conference at the earliest convenient time following Renda's retention of a replacement counsel of record to establish a modified schedule for the remaining pretrial activities and trial in this case.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

---

and rehearing en banc is denied, plaintiff will dismiss this case with prejudice. Without such a stipulation, a stay of the proceedings is not warranted. Too many arrangements have been made for the trial of this case to upset the schedule." Kosloske Declaration ¶ 3 and attachment thereto, Def. App. 1, 3-4.

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MR. P. ALEX PETTY
Assistant District Counsel
Office of Counsel
Galveston District
U.S. Army Corps of Engineers
Galveston, TX

FEBRUARY 13, 2008

CERTIFICATE OF FILING

I hereby certify that on this 13th day of FEBRUARY, 2008, copies of "DEFENDANT'S COMBINED RESPONSE TO PLAINTIFF'S MOTION FOR A CONTINUANCE AND PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD" and related Appendix were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske