# DEFENDANT'S APPENDIX

# INDEX TO DEFENDANT'S APPENDIX


| **Document** | **Page** |
| --- | --- |
| Declaration of John E. Kosloske | 1 |
| Attachment to Declaration (2/8/08 email from defendant's counsel to plaintiff's counsel) | 3 |
| Notice of Deficiency dated 1/29/08 in Renda Marine, Inc. v. United States, No. 2006-5127 (Fed. Cir.) | 5 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1786C |
| v. | ) | |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF JOHN E. KOSLOSKE

I, JOHN E. KOSLOSKE, declare as follows:

1. I am an attorney in the Commercial Litigation Branch of the Department of Justice and counsel of record for the United States in the above-captioned action.

2. On February 8, 2008, prior to the filing of plaintiff's counsel's "Motion to Withdraw as Attorney of Record" dated February 8, 2008, and "Plaintiff's Motion for Continuance" dated February 8, 2008, plaintiff's counsel, Terry L. Salazar, telephoned me and advised that plaintiff intended to file a motion for a stay of the proceedings in the above-captioned action pending the resolution of Renda's combined petition for rehearing and rehearing en banc in Renda Marine, Inc. v. United States, No. 2006-5127 (Fed. Cir.). Mr. Salazar asked whether the Government would oppose such a motion for a stay. I advised Mr. Salazar that I would consider the motion and advise him whether the Government would oppose a stay for that reason.

3. Shortly thereafter, on February 8, 2008, I telephoned Mr. Salazar and advised him that the Government would oppose a stay of the proceedings in the above-captioned action unless Renda stipulated that it would dismiss this case with prejudice if the combined petition for rehearing and rehearing en banc in Renda Marine, Inc. v. United States, No. 2006-5127 (Fed.

Cir.), were denied and I asked that Mr. Salazar insert the following statement in the motion for a stay which I sent Mr. Salazar by electronic mail:

> Defendant opposes a stay of the proceedings in this case pending the resolution of plaintiff's combined petition for rehearing and rehearing en banc in Renda Marine, Inc. v. United States, No. 2006-5127 (Fed. Cir.), unless plaintiff stipulates that, if the combined petition for rehearing and rehearing en banc is denied, plaintiff will dismiss this case with prejudice. Without such a stipulation, a stay of the proceedings is not warranted. Too many arrangements have been made for the trial of this case to upset the schedule.

See February 8, 2008 email message appended to this Declaration.

4. Not long thereafter, on February 8, 2008, Mr. Salazar telephoned me and advised that he would not be filing a motion for a stay pending the resolution of the combined petition for rehearing in Renda Marine, Inc. v. United States, No. 2006-5127 (Fed. Cir.), but that he would instead file a motion to withdraw as attorney of record in the above-captioned action and a motion for a continuance.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2008, at Washington, D.C.

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 12052
Washington, D.C. 20005
Tele: (202) 307-1438
(fax) (202) 514-8624

## Kosloske, John (CIV)

**From:** Kosloske, John (CIV)
**Sent:** Friday, February 08, 2008 1:10 PM
**To:** Terry L. Salazar (tsalazar@qsclpc.com)
**Subject:** RENDA MARINE, INC. v. UNITED STATES, No. 04-1786C (Fed. Cl.)
**Attachments:** RMIplmotstay.definsert.pdf

Terry: As discussed, attached is the statement of the Government's position regarding the motion for a stay that you intend to file which we request that you insert in the motion.

John Kosloske

**DEFENDANT'S INSERT FOR RENDA'S MOTION FOR A STAY**

Defendant opposes a stay of the proceedings in this case pending the resolution of plaintiff's combined petition for rehearing and rehearing en banc in Renda Marine, Inc. v. United States, No. 2006-5127 (Fed. Cir.), unless plaintiff stipulates that, if the combined petition for rehearing and rehearing en banc is denied, plaintiff will dismiss this case with prejudice. Without such a stipulation, a stay of the proceedings is not warranted. Too many arrangements have been made for the trial of this case to upset the schedule.

Kosloske, J 12:052

# United States Court of Appeals for the Federal Circuit

717 Madison Place, N.W.
Washington, DC 20439

JAN HORBALY
CLERK

TELEPHONE: 202-633-6550

January 29, 2008

RE: RENDA MARINE V US
Appeal No. 2006-5127

**NOTICE OF DEFICIENCY**

Renda Marine, Inc.'s recently-submitted combined petition for rehearing and for rehearing en banc does not comply with:

- [ ] Timeliness (Fed. R. App. P. 40)
- [X] Length (Fed. Cir. R. 35) The Petition for Rehearing is overlong.
- [X] Statement (Fed. Cir. R. 35(b)) The Statement of Counsel is not signed.
- [ ] Addendum (Fed. Cir. R. 35)
- [X] Other Color of cover. See Fed. R. App. P. 32(c)(2)(A); Official Caption.

The Clerk has been instructed by the Court to lodge any paper not in compliance with the rules. Accordingly, the original combined petition for rehearing and for rehearing en banc is returned herewith. The copies will be held in room 401 for retrieval until 02/12/2008.

A corrected version may be filed within 14 calendar days from the date of this notice. If a corrected petition is not received within this time period, the corrected combined petition for rehearing and for rehearing en banc must be accompanied by a motion for leave to file it out of time.

Very truly yours,
Jan Horbaly, Clerk
By:

JAN 29 2008
Date

James Benjamin
James Benjamin
Senior Deputy Clerk

Enclosure

Terry L. Salazar
John E. Kosloske
Clarence T. Kipps, Jr., Esq.



154-02-306