# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | | |
|---|---|---|---|
| **RENDA MARINE, INC.,** | | * | |
| | Plaintiff, | * | |
| v. | | * | No. 04-1786C |
| **THE UNITED STATES,** | | * | (Filed Feb. 15, 2008) |
| | Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to ¶ 1 of the order entered on February 11, 2008, defendant filed on February 14, 2008, its combined response to counsel for plaintiff's Motion To Withdraw as Attorney of Record and Plaintiff's Motion for Continuance. Plaintiff's President, Oscar Renda, by overnight express mail sent an undated letter as his response to the court's order, which was received in chambers on February 14, 2008. This letter will be made part of the record. See RCFC 5(e) (disallowing filings other than with the Clerk of the Court). Mr. Renda regrets the inconvenience, but states that the conflict is irreconcilable and that plaintiff intends to retain replacement counsel and reschedule the pretrial and trial dates as soon as practicable.

Essentially, in lieu of making its pretrial filings on February 8, 2008, see ¶ 6 of Order entered Mar. 21, 2007, plaintiff's counsel moved to withdraw due to an unspecified "conflict" that manifested itself, according to Mr. Renda, on January 30, 2008. Defendant takes no position on whether the two motions should be granted other than (1) to suggest that counsel's action was motivated by the need to postpone trial more than *force majeure* that arose coincident with plaintiff's obligation to proceed to trial; (2) to request a ruling on plaintiff's two motions by February 15, 2008, in order to allow defense counsel to cancel a trip to Galveston, Texas, scheduled for the following business day–indeed, a holiday–to engage in preparation for trial, and (3) to request an order scheduling a prompt status conference after an appearance enters for substitute counsel.

The court has no choice in the circumstances but to grant the motions, despite the havoc wreaked on an out-of-town trial schedule established almost eleven months ago. Plaintiff has not justified this imposition, as the expressed ground for withdrawal at this

juncture in the proceedings is thin. However, absent defendant's objection, the court is not disposed to engage in an inquiry pursuant to Fed. R. Civ. P. 11 as to the bona fides of the motions. The efforts of all concerned are best directed to establishing firm and final dates for all remaining pretrial activities and trial. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiff's motion for continuance and the motion of plaintiff's counsel Terry L. Salazar to withdraw as attorney of record are granted as unopposed.

2. Plaintiff forthwith shall retain substitute counsel, whose appearance shall enter by March 14, 2008. Absent a timely filing in compliance with this order, the court will issue an order to show cause why this action should not be dismissed for failure to prosecute pursuant to RCFC 41(b).

3. A status conference will be held at 3:00 p.m. on Thursday, March 20, 2008, to schedule all remaining pretrial activities, the pretrial conference, and trial. Counsel for plaintiff shall notify the court at 202/357-6620 by March 13, 2008, if he wishes to participate by telephone conference call to be placed by the court.

4. The Clerk of the Court shall serve a copy of this order on Mr. Oscar Renda, President, Renda Marine, Inc., 522 Benson Lane, Roanoke TX 76262, by overnight express mail.

5. Paragraphs 6 and 7 of the order entered on March 21, 2007, are vacated.

6. Paragraphs 2 and 3 of the order entered on January 31, 2008, are vacated.

7. The order entered on January 17, 2008, is vacated.

8. The Clerk of the Court shall file the undated letter from Oscar Renda received on February 14, 2008, by leave of court.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge