RENDA MARINE

RECEIVED IN CHAMBERS 2/14/08 58

file by order entered 02/15/08 CCM

Honorable Christine O. C. Miller
Judge, United States Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Via Overnight Mail

Re: Renda Marine, Inc. v. United States, Case No. 1:04-cv-01786
Response to Court's Order of February 11, 2008

Dear Judge Miller,

Renda Marine, Inc. ("Renda") acknowledges receipt of your Order dated February 11, 2008 in the above-referenced case pending in your court. This correspondence is intended as Renda's response to the Motion for Continuance and the Motion to Withdraw that were filed with the Court on Friday, February 8, 2008.

Renda acknowledges and agrees that a fundamental disagreement and conflict not involving fees has arisen between Renda and its Attorney of Record, Terry L. Salazar ("Salazar"), which prevents Salazar from being able to continue representation of Renda in this matter. This conflict arose on January 30, 2008 and after multiple discussions between Renda and Salazar, it was Renda's decision that it wished to obtain replacement counsel for Salazar and proceed to trial with such replacement counsel. After considering the present schedule issued by the Court and the forthcoming trial date of March 17, 2008, it was Renda's decision and direction to Salazar on February 8, 2008 that a Motion for Continuance be submitted to allow Renda a reasonable opportunity to obtain replacement counsel and proceed to trial.

Renda wishes to convey to the Court that it believes the conflict between Renda and Salazar is irreconcilable and that Renda does not want to proceed to trial with Salazar

522 BENSON LANE ~ ROANOKE, TEXAS 76262 ~ 817.491.2703
www.rendamarine.com

as its Attorney of Record. The timing of this conflict is regrettable. Renda does not want to delay the trial in this matter any longer that what is minimally necessary to obtain replacement counsel and allow such counsel to become familiar with the facts and issues to proceed to trial. Renda apologizes to the Court for any inconvenience caused by this unfortunate, but unavoidable, situation.

In summary, Renda was fully aware of and requested that Salazar file the motions for continuance and withdrawal. Renda was provided a courtesy copy of such motions by Salazar on the date they were filed with the Court. Renda hereby requests that the Court grant the motions and allow Renda an opportunity to obtain replacement counsel and then proceed to trial at the earliest reasonable date available on the Court's calendar.

Respectfully yours,

Oscar Renda,
President, Renda Marine, Inc.

cc: Terry L. Salazar, Attorney of Record for RMI (via fax 214-871-2111)
John Kosloske, Attorney for Defendant (via fax 202-514-8624)