# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | | |
|---|---|---|---|
| **RENDA MARINE, INC.,** | | * | |
| | Plaintiff, | * | |
| v. | | * | No. 04-1786C |
| **THE UNITED STATES,** | | * | (Filed Mar. 20, 2008) |
| | Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER TO SHOW CAUSE

Further to ¶ 3 of the order entered on February 15, 2008, the court held an on-the-record telephonic status conference this date, with full notice to plaintiff's President, Oscar Renda, but without participation by plaintiff's substitute counsel. Substitute counsel for plaintiff has failed to file a notice of appearance by March 14, 2008, as instructed by ¶ 2 of the order entered on February 15, 2008. In ¶ 2 of the order, the court advised the parties that it would issue an order to show cause absent a timely filing of a notice of appearance by plaintiff's substitute counsel in compliance with the order. Accordingly,

**IT IS ORDERED**, as follows:

1. By April 3, 2008, plaintiff, by counsel, and defendant shall respond to this order to show cause why this action should not be dismissed for failure to prosecute pursuant to RCFC 41(b).

2. The court draws the parties' attention to Rocky Mountain Technology Engineering Co. v. United States, 2008 WL 347952, at *2-3 (Fed. Cir. Feb. 8, 2008) (unpubl.) (applying law of the Tenth Circuit and listing non-exclusive factors that court should consider in dismissing action for failure to prosecute).

3. The Clerk of the Court shall serve a copy of this order on Mr. Oscar Renda, President, Renda Marine, Inc., 522 Benson Lane, Roanoke, TX 76262, by overnight express mail.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge