IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 04-1786C |
| V. | § | |
| | § | (Judge Christine O.C. Miller) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF SPECIAL APPEARANCE AS ATTORNEY OF RECORD FOR THE LIMITED PURPOSE OF FILING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

To the Clerk:

Please enter the special appearance of Terry L. Salazar (Salazar), previous Attorney of Record for Plaintiff, Renda Marine, Inc. ("Renda"), for the limited purposed of filing Plaintiff's Unopposed Motion To Dismiss With Prejudice in this case. Service of all papers by opposing parties should be addressed as follows:

TERRY L. SALAZAR
Attorney
Quilling Selander Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Facsimile Number: 214-871-2111

Respectfully submitted,

*/s/ Terry L. Salazar*

Terry L. Salazar
Texas Bar No. 17527500
**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1857 (Telephone)
(214) 871-2111 (Telefax)

**ATTORNEY FOR RENDA MARINE, INC.**

March 25, 2008.

## CERTIFICATE OF CONFERENCE

I hereby certify on March 24, 2008 I conferred telephonically with Defendant's counsel regarding this matter and the filing of this "Notice of Special Appearance As Attorney Of Record For The Limited Purpose Of Filing Plaintiff's Unopposed Motion To Dismiss With Prejudice" and Defendant does not object to nor oppose the same.

*/s/ Terry L. Salazar*
Terry L. Salazar

## CERTIFICATE OF FILING

I hereby certify that on this 25th day of March, 2008, a copy of this "NOTICE OF SPECIAL APPEARANCE AS ATTORNEY OF RECORD FOR THE LIMITED PURPOSE OF FILING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Terry L. Salazar*
Terry L. Salazar