IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RENDA MARINE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 04-1786C |
| V. | § | |
| | § | (Judge Christine O.C. Miller) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to RCFC 41(a)(2), Plaintiff, Renda Marine, Inc. ("Renda") hereby respectfully requests that the Court issue an Order dismissing with prejudice this action and Plaintiff's claims asserted therein and in support of Plaintiff's Motion would show the Court as follows:

1. The amount being sought as damages by Renda in this case amounts to $1,270,331. The Defendant has asserted a setoff of at least $11,860,016 against any amount the Court may award Renda in this action. The Defendant's setoff claim is based upon a judicial determination of the finality of a November 26, 2002 Contracting Officer's Final Decision ("2002 COD").

2. On December 11, 2007 the United States Court of Appeals for the Federal Circuit, in Renda Marine, Inc. v. United States, No. 2006-5127, issued its decision affirming the trial court's ruling that the 2002 COD was final and conclusive.

3. On January 25, 2008 Renda filed its Combined Petition for Panel Rehearing and Rehearing En Banc with the Court of Appeals (the "Petition for Rehearing"). The Petition for Rehearing was denied by the Court of Appeals on March 11, 2008. A copy of the Court of Appeals ORDER is attached as Exhibit "A". Thus, the finality and conclusiveness of the Defendant's setoff claim has been finally determined.

4. As a result of the denial of the Petition for Rehearing, the 2002 COD is final and conclusive and the Defendant's setoff claim of more than $11.8 million is far in excess of the damages being claimed by Renda in this action. Given the fact that any recovery by Renda in this action would be consumed by the setoff claim, Renda has determined that it would be an exercise in futility and a waste of economic and judicial resources to pursue any further the Plaintiff's claims presented in this action.

5. On March 20, 2008 the Court issued an Order to Show Cause regarding the possible dismissal of this action under RCFC 41(b). This Motion, if granted, would render moot the Order to Show Cause.

6. Provided as a part of this Motion is a verification from Oscar Renda, the President of Renda Marine, Inc., confirming that Plaintiff desires the Court to take the requested action.

7. The Court, for the purposes of judicial economy and to avoid unnecessary waste of economic resources by the parties, should grant this motion to dismiss the case with prejudice to the refiling of same, with each party bearing its own costs and attorneys fees incurred to date.

## SUMMARY

For the foregoing reasons, Plaintiff's Unopposed Motion To Dismiss With Prejudice should be granted and the Court should issue an order dismissing the action and Plaintiff's claims asserted therein with prejudice to the refiling of same, with each party bearing its own costs and attorneys fees.

Respectfully submitted,

*/s/ Terry L. Salazar*
Terry L. Salazar
Texas Bar No. 17527500
**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1857 (Telephone)
(214) 871-2111 (Telefax)

**ATTORNEY FOR RENDA MARINE, INC.**

March 25, 2008.

## VERIFICATION

STATE OF TEXAS }
COUNTY OF DENTON }

The undersigned, OSCAR RENDA, President of Renda Marine, Inc., being first duly sworn, upon his oath does state that he has read the contents of the foregoing Plaintiff's Unopposed Motion To Dismiss With Prejudice, and that it accurately represents the wishes of the Plaintiff, Renda Marine, Inc. and that Plaintiff has requested that Terry L. Salazar make a special appearance before the Court on behalf of Plaintiff for the limited purpose of filing and presenting Plaintiff's Unopposed Motion To Dismiss With Prejudice.

Oscar Renda
OSCAR RENDA

SUBSCRIBED AND SWORN TO BEFORE ME on this 25th day of March, 2008 by Oscar Renda.

JANIE RODRIGUEZ
Notary Public, State of Texas
My Commission Expires
March 14, 2010

Janie Rodriguez
Notary Public – State of Texas

My Commission Expires: 3/14/2010

**CERTIFICATE OF CONFERENCE**

I hereby certify on March 24, 2008 I conferred telephonically with Defendant's counsel regarding this matter and the filing of this Motion To Dismiss With Prejudice and Defendant's counsel responded that the Defendant did not oppose the same.

*/s/ Terry L. Salazar*
Terry L. Salazar

**CERTIFICATE OF FILING**

I hereby certify that on this 25th day of March, 2008, a copy of "PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Terry L. Salazar*
Terry L. Salazar

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2006-5127

RENDA MARINE, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 02-CV-306, Judge Emily C. Hewitt.

## ORDER

EXHIBIT
"A"

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the Appellant, and the petition for rehearing, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on March 18, 2008.

FOR THE COURT,

Jan Horbaly
Clerk

Dated: 03/11/2008

cc: Clarence T. Kipps, Jr.
John E. Kosloske

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAR 11 2008
JAN HORBALY
CLERK

RENDA MARINE V US, 2006-5127
(CFC - 02-CV-306)