# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | | |
|---|---|---|---|
| **RENDA MARINE, INC.,** | | * | |
| | Plaintiff, | * | |
| v. | | * | No. 04-1786C |
| **THE UNITED STATES**, | | * | (Filed Mar. 25, 2008) |
| | Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff filed this date Plaintiff's Unopposed Motion To Dismiss With Prejudice. Plaintiff, by counsel, represents that "it would be an exercise in futility and a waste of economic and judicial resources to pursue any further" the claims in this action. Pl.'s Mot. filed Mar. 25, 2008, at 2. A verification from Oscar Renda, the President of Renda Marine, Inc., confirms that plaintiff requests entry of judgment. Plaintiff represents that its motion is unopposed. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiff's unopposed motion is granted, and the Clerk of the Court shall enter judgment dismissing the complaint with prejudice. No costs.

2. The order to show cause entered on March 20, 2008, is moot.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge