# In the United States Court of Federal Claims

**No. 04-1786 C**

**RENDA MARINE, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to Plaintiff's Unopposed Motion to Dismiss With Prejudice, and the court's Order, filed March 25, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs.

John S. Buckley
Acting Clerk of Court

**March 26, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.